# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GARVENS MICHEL | CIVIL ACTION NO. 09-241 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL MUKASEY, ET AL | MAGISTRATE JUDGE HILL |

## ORDER

Before the Court is petitioner's Motion for Reconsideration fo Judgment and Motion to Supplement Habeas Petition [Rec. Doc. 12]. Having reviewed the motion and the record before the Court, it is

**ORDERED** that petitioner's Motion [Rec. Doc. 12] is **DENIED**. However, pursuant to Magistrate Judge Hill's Report and Recommendation [Rec. Doc. 10], as adopted by District Court [Rec. Doc. 11], if petitioner is still in custody six (6) months from the date of the Report and Recommendation, he may refile his petition pursuant to 28 U.S.C. §2241.

**THUS DONE AND SIGNED** this 15th day of June, 2009 at Lafayette, Louisiana.

Tucker Melançon,
United States District Judge